712

*C. Dean,* and *Clarence D. Kerr* for respondents.

No. 715. OXFORD-PAPER CO. *v.* THE NIDARHOLM. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. John W. Lawrence* for petitioner. No appearance for respondent.

No. 719. NAUTS, COLLECTOR OF INTERNAL REVENUE, *v.* SLAYTON. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Sewall Key, Andrew D. Sharpe, Clarence M. Charest,* and *T. H. Lewis, Jr.,* for petitioner. *Messrs. E. J. Marshall* and *Thomas O. Marlar* for respondent.

No. 741. LUCAS, COMMISSIONER OF INTERNAL REVENUE, *v.* NIAGARA FALLS BREWING CO. ET AL. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Sewall Key, Norman D. Keller,* and *Clarence M. Charest* for petitioner. *Mr. Basil Robillard* for respondents.

No. 768. INTERSTATE COMMERCE COMMISSION *v.* NORTHERN PACIFIC R. CO. ET AL. May 5, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Messrs. Daniel W. Knowlton* and *Nelson Thomas* for petitioner. *Messrs. R. J. Hag-*

man, *D. F. Lyons, W. W. Millan, R. E. L. Smith,* and *F. G. Dorety* for respondents.

No. 772. MILLER BROTHERS Co. *v.* LEKTOPHONE CORP. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Samuel E. Darby, Jr.,* for petitioner. *Messrs. William H. Davis* and *R. Morton Adams* for respondent.

No. 800. UNITED STATES *v.* LA FRANCA. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. John J. Byrne* and *Paul D. Miller* for the United States. *Mr. E. Howard McCaleb* for respondent.

No. 777. AIKEN, ADMINISTRATRIX, *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit in this case is granted, limited to the questions concerning the validity and effect of the waivers. *Mr. L. Karlton Mosteller* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch* and *J. Louis Monarch* for respondent.

No. 761. MAGEE *v.* UNITED STATES. May 19, 1930. The petition for a writ of certiorari in this case is granted, limited to the question of the effect and validity of § 611, Revenue Act, 1928. *Mr. Theodore B. Benson* for petitioner. *Solicitor General Thacher, Assistant Attorney*